STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JOSEPH BOLTON, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Gerald T. Foley, Jr.* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. M. Richard Altman* for the respondent.

April 29, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
DINO "OGDEN" WILLIAMS, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Daniel R. Coburn* for the petitioner.

*Mr. Joseph Tuso* and *Mr. N. Douglas Russell* for the respondent.

April 29, 1969. Denied.

KURT WAGNER, *ET AL.*, PLAINTIFFS-PETITIONERS, v. THE
TRENTON TIMES CORP., *ETC.*, DEFENDANT-RESPOND-
ENT.

*Mr. Lewis C. Stanley* for the petitioner.

*Messrs. Lenox, Giordano, Devlin & Barlow* for the respondent.

April 29, 1969. Denied.